JS6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHIT PATHANIA,<br>Petitioner,<br>v.<br>MARK BOWEN ET AL,<br>Respondent. | Case No. 5:26-cv-06019-MAR<br><br>JUDGMENT |

**IT IS HEREBY ADJUDGED** that this Petition is **GRANTED.** Respondents shall immediately release Petitioner, **Mohit Pathania (A# 246-595-886)** ("Petitioner") from custody subject only to conditions that were in place prior to his October 6, 2026, detention. Respondents shall return any confiscated property and documents to Petitioner upon release, including his Employment Authorization Document, Social Security card, and driver's license. Respondents shall not re-detain Petitioner pursuant to 8 U.S.C. § 1226 without providing at least seven (7) days' notice and a pre-deprivation bond hearing. The pre-deprivation bond hearing shall occur before a neutral decisionmaker at which the Government bears the burden of proof to show by clear and convincing evidence that there has been a material change in circumstances such that Petitioner is a flight risk or a danger to the community and that no condition or combination of conditions could reasonably assure Petitioner's

future appearance and/or the safety of the community. The Immigration Judge must conduct an individualized assessment of Petitioner's suitability for bond in light of the forgoing standard.

Dated: November 3, 2026

MARGO A. ROCCONI
United States Magistrate Judge